PHILLIP A. TALBERT
United States Attorney
KEVIN C. KHASIGIAN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $16,550.00 IN U.S. CURRENCY, AND<br><br>APPROXIMATELY $7,000.00 IN U.S. CURRENCY,<br><br>　　　　Defendants. | CASE NO. 23-MC-00036-MCE-CKD<br><br>STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN AN INDICTMENT ALLEGING FORFEITURE |

　　　　It is hereby stipulated by and between the United States of America and potential claimant Joshua Redford ("claimant"), by and through their respective counsel, as follows:

　　　　1.　　On or about October 25, 2022, claimant filed a claim in the administrative forfeiture proceeding with the U.S. Postal Inspection Service with respect to the Approximately $16,550.00 in U.S. Currency and Approximately $7,000.00 in U.S. Currency (hereafter "defendant currency"), which were seized on August 5, 2022.

　　　　2.　　The U.S. Postal Inspection Service has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties. The time has expired for any person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimant has filed a claim to the defendant currency as required by law in the administrative forfeiture proceeding.

3. Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline is January 23, 2023.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to extend to February 22, 2023, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to February 22, 2023.

Dated:   1/23/2023                                   PHILLIP A. TALBERT
                                                                      United States Attorney

                                                       By:    /s/ Kevin C. Khasigian
                                                                      KEVIN C. KHASIGIAN
                                                                      Assistant U.S. Attorney

Dated:   1/23/2023                                   /s/ Daniel M. Smith
                                                                      Daniel M. Smith
                                                                      Attorney for potential claimant
                                                                      Joshua Redford
                                                                      San Diego Defenders, A.P.C.
                                                                      585 Third Ave
                                                                      Chula Vista, CA 91910
                                                                      dsmith@sandiegodefenders.com

                                                                      (Signature authorized by email)

**IT IS SO ORDERED**.

DATED:  January 24, 2023

MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE